```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| IN RE: | CASE NO. 11-05976-BKT |
|---|---|
| RAFAEL ANTONIO BORGES HOMS | CHAPTER 13 |
| DEBTOR (S) | |

                         NOTICE OF CONTINUANCE OF
                     341 MEETING & CONFIRMATION HEARING


TO ALL PARTIES IN INTEREST:

   The section 341 meeting of creditors scheduled for Wed Aug 24, 2011 at 2:00 pm has been continued to Tue Sep 20, 2011 at 2:00 pm at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

   The confirmation will be held at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 3rd floor, Courtroom 3, 300 Recinto Sur, Old San Juan, Puerto Rico, on Friday, November 4, 2011 at 2:30 pm.

   In San Juan, Puerto Rico this, Tuesday, August 30, 2011.

   I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

                                    /s/ Jose R. Carrion
                                    Office of Jose R. Carrion
                                    Chapter 13 Trustee
                                    PO Box 9023884, Old San Juan Station
                                    San Juan, PR  00902-3884
                                    Tel. (787) 977-3535
                                    Fax. (787) 977-3551

11-05976-BKT                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | RAFAEL ANTONIO BORGES HOMS<br>VILLAS DE CASTRO<br>C13 CALLE 4<br>CAGUAS, PR 00725 |
| ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| COOP A/C ARECIBO<br>C/O LUIS A LOPEZ LOPEZ LAW<br>7 CALLE PABLO CASALS<br>MAYAGUEZ, PR 00680 | COOPACA<br>PO BOX 1056<br>ARECIBO, PR 00613-1056 |
| FIRST MEDICAL HEALTH PLAN, INC.<br>PO BOX 191580<br>SAN JUAN, PR 00919-1580 | QUIKSILVER, INC<br>C/O MICHAEL W. O. HOLIHAN<br>1101 NORTH LAKE DESTINY ROAD STE 275<br>MAITLAND, FL 32751 |
| SALA HERNANDEZ & GARCIA CSP<br>COND SAN VICENTE<br>8169 CALLE CONCORDIA SUITE 102<br>PONCE, PR 00717-1556 | SALA, HERNANDEZ & GARCIA, CSP<br>8169 CALLE CONCORDIA SAN VICENTE STE102<br>PONCE, PR 00717 |
| SELF EMPLOYEER<br>, PR 00000 | UPS SUPPLY CHAIN SOLUTIONS<br>4836 BRECKSVILLE RD PO BOX 523<br>RICHFIELD, OH 44286 |

DATED: August 30, 2011

OLGA SOSA

OFFICE OF THE CHAPTER 13 TRUSTEE