IN RE: RAFAEL ANTONIO BORGES HOMS

Bkrtcy. No. 11-05976-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | | |
|---|---|---|---|
| Petition Filing Date: | Jul 14, 2011 | Meeting Date Sep 20, 2011 | DC Track No. 21 |
| Days from petition date | 68 | Meeting Time 2:00 PM | |
| 910 Days before Petition | 1/15/2009 | ☐ Chapter 13 Plan Date Jul 14, 2011 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) _____ | Bankruptcy petition. | Plan Base: $15,000.00 | |
| This is the _____ | Scheduled Meeting | Confirmation Hearing Date: Nov 04, 2011 | Time: 2:30 PM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $500.00 |
|---|---|---|---|---|

**I. Appearances:** ☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☒ None.

| | | | |
|---|---|---|---|
| ☒ Debtor Present | ☐ ID & Soc. OK | ☐ Debtor Absent | |
| ☐ Joint Debtor Present | ☐ ID & Soc. OK | ☐ Joint Debtor Absent | |
| Debtor(s) was/were | ☐ Examined | ☒ Not Examined under oath. | |
| Attorney for Debtor(s) | ☒ Present | ☐ Not Present | |
| ☐ Substitute attorney: | M. Vega | ☐ Pro-se. | |

**II. Attorneys Fees as per R 2016(b) Statement**  Attorney of record: **ROBERTO FIGUEROA CARRASQUILL***

Total Agreed: $3,000.00  Paid Pre-Petition: $346.00  Outstanding: $2,654.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.  Liquidation Value: TBD

Commitment Period is ☐ 36 ☐ 60 months.  [§1325(b)(1)(B)]  Gen. Unsecured Pool: TBD

**The Trustee** ☒ **RECOMMENDS** ☐ **OBJECTS** **Plan confirmation.**

§341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for: January 24, 2012 @ 10:00 am

**V. Trustee's OBJECTIONS to Confirmation:**

☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)

☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]

☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

Case continued since. Debtor has new employer income changed.

| | | | |
|---|---|---|---|
| /s/ José R. Carrión | | | |
| Trustee | Presiding Officer | Page 1 of 1 | Date: Sep 20, 2011 |